EDWARD H. KUBO, JR.   # 2499
United States Attorney
District of Hawaii

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

RONALD G. JOHNSON   # 4532
Assistant U.S. Attorney
PJKK Federal Bldg.
300 Ala Moana Blvd. Room 6100
P.O. Box 50183
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2003

at 6 o'clock and 57 min. ___M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00098 SOM |
| Plaintiff, ) | |
| v. ) | INDICTMENT |
| ) | [18 U.S.C. § 2113(a)] |
| RODDY MASAO TANAKA, ) | |
| aka Rodney Masao Tanaka, ) | |
| Defendant. ) | |

### INDICTMENT

The Grand Jury charges:

On or about February 10, 2003, in the District of Hawaii, defendant RODDY MASAO TANAKA aka Rodney Masao Tanaka, did

by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: _____2/26_____, 2003, Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

United States v. RODDY MASAO TANAKA aka Rodney Masao Tanaka
Cr. No. _____
"Indictment"