ORIGINAL

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

729090

—————————— District of Hawaii ——————————

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number: CR 03-00098SOM-01

RODDY MASAO TANAKA aka "Rodney Masao Tanaka"

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

(Name and Address of Defendant)

OCT 0 3 2006

To: The United States Marshal and any Authorized United States Officer

at 2 o'clock and 45 P .M.
SUE BEITIA, CLERK

    YOU ARE HEREBY COMMANDED TO ARREST RODDY MASAO TANAKA aka "Rodney Masao Tanaka" and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Order to Show Cause as to the Alleged Violation of Supervised Release

RECEIVED
2006 SEP 29 AM 9: 03
U.S. MARSHAL SERVICE
HONOLULU, HI

in violation of Title  United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |

| | |
|---|---|
| *Saila M. Provam* | |
| Signature of Issuing Officer/Deputy Clerk | September 28, 2006 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   NO BAIL

By: Susan Oki Mollway, United States District Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ . | | |
| Date Received 9/29/06 | NAME AND TITLE OF ARRESTING OFFICER Tony Cole DUSM | SIGNATURE OF ARRESTING OFFICER Tony Cole |
| Date of Arrest 10/02/06 | | |