# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/6/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:	CR 03-00098SOM

CASE NAME:	USA vs. Roddy Masao Tanaka

ATTYS FOR PLA:	Darren Ching
Derek Kim (USPO)

ATTYS FOR DEFT:	Alexander Silvert for Donna Gray

INTERPRETER:

JUDGE:	Susan Oki Mollway	REPORTER:	Debra Chun

DATE:	10/6/2006	TIME:	10:45 - 10:55

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Roddy Masao Tanaka present and in custody.

Defendant admits to violations 1 - 3.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Mr. Silvert requests a continuance in order to research options available such as a drug treatment program.

This hearing is continued to 10/26/06 @ 2:15 p.m.

If the defendant is accepted into a drug treatment program, Mr. Silvert to contact the CRM for an earlier hearing date.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.