# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/23/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00098SOM

CASE NAME:        USA vs.  Roddy Masao Tanaka

ATTYS FOR PLA:    Darren Ching
                  Derek Kim (USPO)

ATTYS FOR DEFT:   Donna Gray

INTERPRETER:

---

JUDGE:    Susan Oki Mollway        REPORTER:    Debra Chun

DATE:     10/23/2006               TIME:        9:05 - 9:15

---

COURT ACTION:   EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Rody Masao Tanaka present and in custody.

Ms. Gray informed the Court that a bedspace is available at the  Salvation Army Residential Treatment Program.

A 6 month residential treatment program with 12 weeks of aftercare is available - no objection by the Government.

This hearing is continued to 1/2/07 @ 9:00 a.m.

The USM is directed to release the defendant to the custody of Ms. Gray, who will then transport him to the facility.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.