# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/8/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00098SOM |
| CASE NAME: | USA vs. Roddy Masao Tanaka |
| ATTYS FOR PLA: | Darren Ching<br>Derek Kim (USPO) |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/8/2007 | TIME: | 10:45 - 10:55<br>4:05 - 4:30 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Roddy Masao Tanaka not present.

Defendant was not informed of the change in time for this hearing.

Ms. Gray informed the Court that the defendant was discharged from the Salvation Army Facility on 1/3/07.

Discussion held.

This hearing is continued to 3:45 p.m.

Ms. Gray to meet with the Defendant @ 1:30 p.m. and advise him to remain in the Federal Complex until his hearing @ 3:45 p.m.

USPO to also meet with the Defendant, and to call or submit a memo to the Court.

4:05 p.m. -

Defendant Roddy Masao Tanaka present.

USPO updated the Court re: the Defendant's status.

Discussion held.

Defendant and Ms. Gray to research available options.

This hearing is continued to 1/11/07 @ 2: 15 p.m.

Defendant to remain out until the continued hearing.

Submitted by: Toni Fujinaga, Courtroom Manager.