# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/11/07 4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 03-00098SOM

CASE NAME:        USA vs. Roddy Masao Tanaka

ATTYS FOR PLA:    Darren Ching

ATTYS FOR DEFT:   Donna Gray

                  Derek Kim (USPO)

JUDGE:   Susan Oki Mollway       REPORTER:   Debra Chun

DATE:    1/11/07                 TIME:       2:20 - 2:50

COURT ACTION:  EP:  Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Roddy Masao Tanaka present.

Ms. Gray informed the Court that the defendant interviewed with the Salvation Army Addiction Treatment Center, but will not know if he will be accepted into the program until Monday.

Ms. Gray requests a continuance of this hearing until next Tuesday, 1/16/07.

Defendant addressed the Court.

Discussion held.

This hearing is continued to 1/17/07 @ 3:00 p.m.

Defendant ordered to report to HPD by tomorrow afternoon to inform them of his new address.

Defendant to remain out until the continued hearing.

Submitted by: Toni Fujinaga, Courtroom Manager.