# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/17/2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00098SOM |
| CASE NAME: | USA vs. Roddy Masao Tanaka |
| ATTYS FOR PLA: | Darren Ching<br>Derek Kim (USPO) |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 1/17/2007 | TIME: | 3:00 - 3:15 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Roddy Masao Tanaka present.

Ms. Gray informed the Court that Addiction Treatment Services declined to accept the defendant into their program.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 6 Months.

Supervised Release: 30 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

> That the defendant shall submit to an automatic payroll deduction plan through his employer for purposes of paying his outstanding monetary assessment and/or restitution.

- That the defendant pay restitution of $151.02 to Bank of Hawaii and $6,200.00 to American Savings Bank immediately, and any remaining balance on an installment basis at a rate of not less than 10 percent of his monthly gross income as directed by the Probation Office. Interest, if applicable in this case, is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Mittimus to issue forthwith.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.