AO 245B    (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:      1:03CR00098-001 | Judgment - Page 3 of 7 |
| DEFENDANT:      RODDY MASAO TANAKA, aka "Rodney Masao Tanaka" | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: SIX (6 MONTHS

[✔]    The court makes the following recommendations to the Bureau of Prisons:
       FDC Honolulu.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before _ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 6 2007

at 10 o'clock and 40 min. A.M.
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on  07 FEB 2007  to  ~~FEDERAL DETENTION CENTER~~
                                          P.O. BOX 30547
at _____,   ~~HONOLULU, HI 96820~~
with a certified copy of this judgment.

                                          John T. Rathman
                                          ~~UNITED STATES MARSHAL~~
                                          WARDEN

                                   By     J. Lumii
                                          ~~Deputy U.S. Marshal~~
                                          Legal Tech