# UNITED STATES DISTRICT COURT   729090
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00098SOM-01 |

RODDY MASAO TANAKA, aka Rodney Masao Tanaka

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST RODDY MASAO TANAKA, aka Rodney Masao Tanaka and bring him or her forthwith to the nearest district/ magistrate judge to answer an Order of Court , charging him or her with (brief description of offense)

Violations of Supervised Release

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 15 2007

at 3 o'clock 45 P   
SUE BEITIA

2007 AUG -1 AM 9:40
U.S. MARSHALS SERVICE
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July 31, 2007 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at   NO BAIL          By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at 300 ALA MOANA BLVD Honolulu HI.

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 1 AUG 07 | NOLAN SASAKI | *[signature]* |
| Date of Arrest 15 AUG 07 | DUSM/CI | |