# MINUTES

CASE NUMBER:      CR 03-00098SOM

CASE NAME:        USA vs. Roddy Masao Tanaka

ATTYS FOR PLA:    Darren Ching
                  Derek Kim (USPO)

ATTYS FOR DEFT:   Donna Gray

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    8/20/2007                  TIME:       11:20 - 11:35

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant Roddy Masao Tanaka present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support the 4 violations and the defendant has not met the conditions of supervision.

Supervised release is revoked.

ADJUDGED:

Imprisonment: 18 Months.

No further supervised release is imposed.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATIONS: 1) FDC Honolulu; 2) Vocational and Educational Programs; 3) Alcohol and Drug Treatment.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.