AO 245D     (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 27 2007

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**RODDY MASAO TANAKA aka Rodney Masao Tanaka**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **1:03CR00098-001**<br>USM Number: 89179-022<br><br>**Donna Gray AFPD**<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]   admitted guilt to violation of conditions   _General Condition; Standard Condition No. 7 and Special Condition No. 1_  of the term of supervision.

[ ]   was found in violation of condition(s) _____ after denial or guilt.

**Violation Number**          **Nature of Violation**          **Date Violation Occurred**
See next page.

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | AUGUST 20, 2007 |
|---|---|
| Defendant's Soc. Sec. No.:  **6350** | Date of Imposition of Sentence |
| Defendant's Residence Address:<br>**Waianae, Hawaii 96792** | /s/ Susan Oki Mollway<br>Signature of Judicial Officer |
| Defendant's Mailing Address:<br>**Waianae, Hawaii 96792** | **SUSAN OKI MOLLWAY**, United States District Judge<br>Name & Title of Judicial Officer |
| | AUG 2 4 2007<br>Date |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER: 1:03CR00098-001                                          Judgment - Page 2 of 3
DEFENDANT: RODDY MASAO TANAKA aka Rodney Masao Tanaka

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject refused to submit to drug testing as part of substance abuse treatment | 7/12/07 and 7/24/07 |
| 2 | Subject's urine specimen submitted as part of substance abuse treatment tested positive for methamphetamine | 7/9/07 |
| 3 | Subject admitted that he consumed alcohol | 7/8/07 |
| 4 | Subject admitted that he used methamphetamine | 7/24/07 |

AO 245B  (Rev. 6/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:03CR00098-001 | Judgment - Page 3 of 3 |
| DEFENDANT: RODDY MASAO TANAKA aka Rodney Masao Tanaka | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: EIGHTEEN (18) MONTHS

[✔] The court makes the following recommendations to the Bureau of Prisons:
1) FDC Honolulu; 2) Vocational and Educational Programs; 3) Alcohol and Drug Treatment.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before _ on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

at _____ , with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal